UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-04684-ODW (JEMx) | Date | September 1, 2021 |
| Title | Transamerica Life Insurance Company v. Akop Arutyunyan, et al | | |

| | |
|---|---|
| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |

S. Lorenzo
Deputy Clerk

Court Reporter / Recorder

**Proceedings:**  **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES AND DOCUMENTS FROM DEFENDANT AKOP ARUTYUNYAN (Dkt. 34) AND PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES AND DOCUMENTS FROM DEFENDANT ANAHIT ARUTYUNYAN (DKT. 35)**

    Plaintiff Transamerica Life Insurance Company has filed a Motion To Compel Supplemental Discovery Responses And Documents From Defendant Akop Arutyunyan. (Dkt. 34.) Plaintiff also has filed a Motion To Compel Supplemental Discovery Responses And Documents From Defendant Anahit Arutyunyan. (Dkt. 35.) Defendants did not provide their portion of the Joint Stipulation. (Dkt. 34-1; Dkt. 35-1.) (Dkt. 34-2, Decl. of Goldis, ¶¶ 19-23; Dkt. 35-2, ¶¶ 19-23.) Nor did Defendants file any opposition to the Motions.

    Accordingly, the Court ORDERS both Defendants to show cause by **September 10, 2021** why it should not grant the Motions in their entirety. The Court admonishes both Defendants that, this being a Court order, failure to comply with it brings into play the full panoply of sanctions under Fed. R. Civ. P. Rule 37(b)(2)(A)(i)-(vii).

    The current scheduled hearing dates of September 14, 2021 for both motions are hereby vacated.[1]

                                                                                                                                             :

Initials of Preparer        slo

---

[1] The Court finds this matter appropriate for resolution without oral argument and thus vacated the September 14, 2021 hearing dates. See F. R. Civ. P. 78(b); Local Rule 5-15.